**Motion Denied; Order filed June 17, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00731-CV
_____

### SABRINA TAYLOR, Appellant

### V.

### THE HARTFORD INSURANCE COMPANY OF THE MIDWEST, Appellee

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-57408**

## ORDER

Appellant's brief was originally due February 20, 2014. We granted a 60-day extension of time to file appellant's brief until April 23, 2014. When appellant failed to file a brief, we issued an order stating that we would dismiss the appeal for want of prosecution unless appellant submitted a brief on or before June 6, 2014. No brief was filed. On June 10, 2014, appellant filed a further request for extension of time to file appellant's brief. To date, appellant has submitted no brief. We deny the request and issue the following order.

Accordingly, we order appellant to file a brief with the clerk of this court **within 30 days** of the date of this order. If appellant does not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM